LAW LIBRARY

NO. 28583

IN·THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Respondent and Petitioner/Plaintiff-Appellee,

vs.

JENARO TORRES,
Petitioner and Respondent/Defendant-Appellant.

2010 MAY 24 PM 3:44

FILED

JEAN R. KIKUMOTO
CLERK·APPELLATE COURTS
STATE OF HAWAII

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NO. 05-1-2556)

ORDER RE:  APPLICATIONS FOR WRIT OF CERTIORARI
(By: Acoba, J., for the court[1])

Petitioner and Respondent/Defendant-Appellant Jenaro Torres' application for writ of certiorari filed on April 7, 2010, is hereby accepted; and Respondent and Petitioner/Plaintiff-Appellee State of Hawaii's application for writ of certiorari filed on April 7, 2010, is hereby rejected.

DATED:  Honolulu, Hawai'i, May 24, 2010.

FOR THE COURT:

Associate Justice

Cynthia A. Kagiwada for
petitioner and respondent
Jenaro Torres on the
application.

Dierdre Marie-Iha, Deputy
Solicitor General and
Susan Y.N. Won, Deputy
Attorney General, for
respondent and petitioner
State of Hawai'i on the
application.

---

[1]Considered by: Moon, C.J., Nakayama, Acoba, and Duffy, JJ., and Circuit Judge Pollack, in place of Recktenwald, J., recused.